UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| NIYOM SOUVANNASOT, | ) |
| | ) Case No. 1:20-cv-186 |
| *Plaintiff*, | ) |
| | ) Judge Travis R. McDonough |
| v. | ) |
| | ) Magistrate Judge Christopher H. Steger |
| MICHAEL R. KLEIN, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**ORDER**

On June 18, 2020, Plaintiff filed this *pro se* action. (Doc. 1.) Plaintiff subsequently filed an application to proceed *in forma pauperis* on July 6, 2020. (Doc. 4.) On March 8, 2021, United States Magistrate Judge Christopher H. Steger issued a report and recommendation, recommending the Court dismiss the complaint because the Court lacks subject matter jurisdiction and deny the application to proceed *in forma pauperis* as moot. (Doc. 9.) Plaintiff failed to timely object to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact, conclusions of law, and recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 9) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED WITHOUT PREJUDICE**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**